

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

___

*Jessica L. Guarracino*
Assistant United States Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*jessica.guarracino@usdoj.gov*

main: (973) 645-2700
direct: (973) 645-2726
fax:    (973) 297-2010

February 2, 2026

**Via Electronic Filing**
Hon. Michael E. Farbiarz, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank R. Lautenberg Post Office & Courthouse
2 Federal Square
Newark, NJ 07101

      Re:   *Kumar v. Soto et al.*, No. 26-cv-777
            **Status Report on Petitioner's Detention Location**

Dear Judge Farbiarz:

      This Office represents Respondents in the above habeas matter. We write to respectfully inform the Court that U.S. Immigration and Customs Enforcement ("ICE") transferred Petitioner to the Port Isabel Service Detention Center in Los Fresnos, Texas on January 31, 2026, after the Court issued an order on January 26, 2026, prohibiting Petitioner's transfer from the District of New Jersey. *See* ECF 3.

      On January 26, 2026, our Office notified ICE of the Court's order enjoining Respondents from removing Petitioner from this District or causing his removal. Our Office first received notice of Petitioner's transfer today, February 2, 2026, at 4:49 p.m., via Petitioner's letter filed on the docket. *See* ECF No. 9. We contacted ICE at 4:59 p.m. to request confirmation of Petitioner's transfer, and reiterated that Petitioner was not to be removed from this District. ICE confirmed at 5:07 p.m. that it transferred Petitioner to Port Isabel on January 31, 2026, but that it is facilitating Petitioner's return to New Jersey.

      Our Office has been in contact with Petitioner's counsel, and we will keep Petitioner's counsel and the Court informed of any developments.

      Thank you for your consideration of this matter.

2

                Respectfully submitted,

                TODD BLANCHE
                U.S. Deputy Attorney General

                JORDAN FOX
                Chief of Staff & Associate Deputy
                 Attorney General
                Special Attorney

By:   / s /   *Jessica L. Guarracino*
        Jessica L. Guarracino
        Assistant United States Attorney
        *Attorneys for Respondents*

cc:    Counsel of Record via ECF