

U.S. Department of Justice

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Jessica L. Guarracino*
Assistant United States Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
jessica.guarracino@usdoj.gov

main: (973) 645-2700
direct: (973) 645-2726
fax:  (973) 297-2010

February 3, 2026

**Via Electronic Filing**
Hon. Michael E. Farbiarz, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank R. Lautenberg Post Office & Courthouse
2 Federal Square
Newark, NJ 07101

      Re:   *Kumar v. Soto et al.*, **No. 26-cv-777**
             **Status Report on Petitioner's Detention Location**

Dear Judge Farbiarz:

      This Office represents Respondents in the above habeas matter. We write to respectfully update the Court regarding the status of Petitioner's location. U.S. Immigration and Customs Enforcement has informed our Office that Petitioner is scheduled to be transferred back to New Jersey by airplane on February 5, 2026. We will keep Petitioner's counsel and the Court informed of any developments.

      Thank you for your consideration of this matter.

                                          Respectfully submitted,

                                          TODD BLANCHE
                                          U.S. Deputy Attorney General

                                          JORDAN FOX
                                          Chief of Staff & Associate Deputy
                                           Attorney General
                                          Special Attorney

                             By:   / s /   *Jessica L. Guarracino*
                                          Jessica L. Guarracino
                                          Assistant United States Attorney
                                          *Attorneys for Respondents*

cc:     Counsel of Record via ECF