

**U.S. Department of Justice**

**United States Attorney's Office**
**District of New Jersey**
*Civil Division*

---

*Jessica L. Guarracino*
Assistant United States Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*jessica.guarracino@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2726*
*fax:   (973) 297-2010*

February 5, 2026

**Via Electronic Filing**
Hon. Michael E. Farbiarz, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank R. Lautenberg Post Office & Courthouse
2 Federal Square
Newark, NJ 07101

        Re:     ***Kumar v. Soto et al.*, No. 26-cv-777**
                **Follow-On Status Report on Petitioner's Detention Location**

Dear Judge Farbiarz:

    This Office represents Respondents in the above habeas matter. We write to respectfully follow up on our February 2 and 3, 2026 status reports, ECF Nos. 10 and 11, and update the Court regarding the status of Petitioner's location. U.S. Immigration and Customs Enforcement has informed our Office that Petitioner arrived at Delaney Hall Detention Facility in Newark, NJ, at 3:10 p.m. today.

    Thank you for your consideration of this matter.

                                Respectfully submitted,

                                TODD BLANCHE
                                U.S. Deputy Attorney General

                                JORDAN FOX
                                Chief of Staff & Associate Deputy
                                 Attorney General
                                Special Attorney

                        By:     / s /    *Jessica L. Guarracino*
                                Jessica L. Guarracino
                                Assistant United States Attorney
                                *Attorneys for Respondents*

cc:     Counsel of Record via ECF