

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

___

*Jessica L. Guarracino*
Assistant United States Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*jessica.guarracino@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2726*
*fax:   (973) 297-2010*

February 6, 2026

**<u>Via Electronic Filing</u>**
Hon. Michael E. Farbiarz, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank R. Lautenberg Post Office & Courthouse
2 Federal Square
Newark, NJ 07101

      Re:    ***Kumar v. Soto et al.*, No. 26-cv-777**
              **Adjournment of Bond Hearing**

Dear Judge Farbiarz:

      This Office represents Respondents in the above habeas matter. We write, with the consent of Petitioner's counsel, in response to the Court's February 5, 2026 order, ECF No. 13, ordering that a bond hearing take place on or before February 6, 2026, at 5:00 p.m., or that Respondents file a letter explaining that Petitioner has asked to adjourn the bond hearing. Our Office has conferred with Petitioner's counsel, who has asked that the Court adjourn the bond hearing requirement.

      More specifically, Petitioner's counsel requests that the Court adjourn the bond hearing requirement because of the Court's February 5, 2026 order, ECF No. 14, stating that "Respondents have violated a judicial order," and requiring Respondents to file certain affidavits so that the Court could "evaluate the remedy that might be appropriate here." Petitioner's counsel requests that the Court adjourn the bond hearing requirement until a decision on the remedy is rendered. This Office does not object to this request.

      Thank you for your continued consideration of this matter.

                                          Respectfully submitted,

                                          TODD BLANCHE
                                          U.S. Deputy Attorney General

2

                                      JORDAN FOX
                                      Chief of Staff & Associate Deputy
                                       Attorney General
                                      Special Attorney

                           By:   / s /   *Jessica L. Guarracino*
                                     Jessica L. Guarracino
                                     Assistant United States Attorney
                                     *Attorneys for Respondents*

cc:    Counsel of Record via ECF