

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

___

*Jessica L. Guarracino*  
Assistant United States Attorney

970 Broad Street, Suite 700  
Newark, NJ 07102  
jessica.guarracino@usdoj.gov

main: (973) 645-2700  
direct: (973) 645-2726  
fax:    (973) 297-2010

February 7, 2026

**<u>Via Electronic Filing</u>**
Hon. Michael E. Farbiarz, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank R. Lautenberg Post Office & Courthouse
2 Federal Square
Newark, NJ 07101

    Re:    *Kumar v. Soto et al.*, **No. 26-cv-777**
              **Status Update on Bond Hearing**

Dear Judge Farbiarz:

    This Office represents Respondents in the above habeas matter. We write to respectfully provide the Court with an update regarding Petitioner's request to adjourn the bond hearing requirement until the Court renders a decision on the remedy in response to Petitioner's February 2, 2026 letter, seeking immediate release. *See* ECF Nos. 9, 14 & 15. Petitioner's request remains pending before Your Honor.

    U.S. Immigration and Customs Enforcement has informed our Office that Petitioner's counsel submitted a motion to withdraw his bond hearing request to the immigration court. The immigration court denied Petitioner's request and rescheduled the bond hearing to take place on February 9, 2026, at 1:30 p.m. *See* Ex. A.

    Thank you for your continued consideration of this matter.

                                 Respectfully submitted,

                                 TODD BLANCHE
                                 U.S. Deputy Attorney General

                                 JORDAN FOX
                                 Chief of Staff & Associate Deputy
                                 Attorney General

2

                        Special Attorney

                By:   / s /   *Jessica L. Guarracino*
                         Jessica L. Guarracino
                         Assistant United States Attorney
                         *Attorneys for Respondents*

cc:    Counsel of Record via ECF