# EXHIBIT A



UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
ELIZABETH IMMIGRATION COURT

Respondent Name:
    KUMAR, BALJINDER

To:
    Goldman, Michael Z.
    100 Church St.
    Suite 800
    New York, NY 10007

A-Number:
    [redacted]

Riders:
In Custody Redetermination Proceedings

Date:
02/06/2026

## ORDER OF THE IMMIGRATION JUDGE

The bond hearing was held today 2/6/2026; Counsel for Respondent did not appear but submitted a motion to withdraw the bond request which is denied. The Court will adjourn this bond hearing to Feb 9, 2026 at 1:30PM. A new Notice of Hearing will be served on the Parties.

**Order:**

Immigration Judge: Addicott, Jacob 02/06/2026

Appeal:  Department of Homeland Security:   ☐ waived   ☐ reserved
         Respondent:                         ☐ waived   ☐ reserved

Appeal Due:

**Certificate of Service**

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS
Respondent Name : KUMAR, BALJINDER | A-Number : ▮▮▮▮▮▮▮▮
Riders:
Date: 02/06/2026 By: RODRIGUES, CINDY, Court Staff