

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Jordan Fox*  
*Chief of Staff & Associate Deputy Attorney General*  
*Special Attorney*

*970 Broad Street, 7th Floor*  
*Newark, NJ 07102*

*main: (973) 645-2700*

February 7, 2026

**Via ECF**
Hon. Michael E. Farbiarz, U.S.D.J.
United States District Court
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07102

    Re:   *Kumar v. Soto*, No. 26-cv-777
             Request for Leave to Substitute Affiant

Dear Judge Farbiarz:

      I write in response to the Court's February 5, 2026 text order requiring our Office's Civil Chief to file an affidavit enumerating each instance in which the Respondents in this case or persons acting on their behalf violated an order issued by a judge of this District between December 5, 2025 and the present.  ECF No. 14.  I respectfully request leave to submit that affidavit on behalf of the Office, which would be in the form of a declaration that I will sign under penalty of perjury under 28 U.S.C. § 1746.

      Good cause exists to grant this request.  I supervise all matters in the Office's Civil and Appellate Divisions and serve as Chief of Staff to the Deputy Attorney General and as an Associate Deputy Attorney General.  The investigation and resulting affidavit ordered by the Court involve important Office-wide policies and Administration priorities beyond our Civil Chief's direct responsibilities and require my close attention.  I will work with our Civil Chief to undertake the investigation and describe the results in the affidavit.  Accordingly, I will have personal knowledge of the investigation.

      Furthermore, I respectfully request a three-day extension to file the affidavit, from February 10 to February 13.  Our Civil Chief will be traveling for work from February 9 to February 12 and will have limited access to e-mail and reduced availability to participate in the investigation.  This additional time will ensure that our Office can provide the Court with comprehensive information regarding U.S. Immigration and Customs Enforcement's compliance with court orders issued throughout the District during the relevant period.

2

Thank you for your consideration of this request.

                                        Respectfully submitted,

                                        TODD BLANCHE
                                        U.S. Deputy Attorney General

By:   /s/ Jordan Fox
        JORDAN FOX
        Chief of Staff & Associate Deputy
         Attorney General
        Special Attorney

cc: Petitioner's counsel (via ECF)