**The Law Offices of Michael Z. Goldman**
100 Church Street, Suite 800
New York, NY 10007
(212) 901-3799
(646) 247-0012
michael@mzglaw.com

February 9, 2026

*By ECF*

Hon. Michael E. Farbiarz, U.S.D.J.
U.S. District Court for the District of New Jersey
2 Federal Square
Newark, NJ 07101

      Re: *Kumar v. Soto et al.*, No. 26-cv-777-MEF

Dear Judge Farbiarz:

This Office represents Petitioner in this matter, and writes to provide Your Honor with a brief update on the status of ongoing custody proceedings in Immigration Court.

On February 5, 2026, Your Honor issued two Orders in this case. The first Order stated that the Immigration Court should conduct a bond hearing in this matter, *unless Petitioner seeks to adjourn.* ECF No. 13 ("First Order"). The second Order found that Respondents had violated the Court's directives by unlawfully moving the Petitioner to Texas, and also noted that "[i]n connection with the violation, the Petitioner has sought a remedy." ECF 14 ("Second Order"). That "remedy" is a request for immediate release by this Court. *See* ECF 9. This Court is still evaluating Petitioner's request in light of the information provided by Respondents (and that will be coming from Respondents later this week). *See* ECF Nos. 17-19.

Petitioner previously complied with Your Honor's First Order by requesting an adjournment of the bond hearing that the Immigration Court quickly scheduled for February 6, 2026. *See* ECF No. 15. Petitioner thereafter filed a motion to withdraw the February 6, 2026 bond hearing with Immigration Court. The Immigration Court reacted to this motion by quickly scheduling another bond hearing for today, February 9, 2026.

During today's bond hearing, present counsel explained the above procedural history to the Immigration Judge, and requested an adjournment of bond proceedings in light of the facts that: (i) Your Honor was still considering judicial options relating to the Petitioner's custody; and (ii) Petitioner had previously requested an adjournment of the bond hearing with Your Honor, consistent with Your Honor's First Order. The Immigration Judge agreed to adjourn bond proceedings, but asked that the aforementioned history be put in a letter to Your Honor, and also uploaded to the Immigration Court docket.

      Respectfully submitted,

      /s/ Michael Goldman_____
      The Law Offices of Michael Z. Goldman
      100 Church St., Suite 800
      New York, NY 10007
      212 901-3799
      michael@mzglaw.com

      *Attorney for the Petitioner*

2