

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

___

*Jordan Fox*
*Chief of Staff & Associate Deputy Attorney General*
*Special Attorney*

970 Broad Street, 7th Floor
Newark, NJ 07102

main: (973) 645-2700

February 13, 2026

<u>Via ECF</u>
Hon. Michael E. Farbiarz, U.S.D.J.
United States District Court
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07102

      Re:    *Kumar v. Soto*, No. 26-cv-777
             Immigration Habeas District-Wide Court Violations

Dear Judge Farbiarz:

      I greatly appreciate the opportunity, as a senior Department of Justice official, to submit a declaration detailing the compliance of Respondents with court orders in this District from December 5, 2025 to present. I also greatly appreciate Your Honor's recent recognition in *Moncada de la Hoz v. Noem*, 26-cv-01016, that this Office's effort to ensure Respondents' compliance with court orders "is thoughtful, and reflects an intensity of senior-level focus on a class of cases that plainly requires a real-time, hands-on approach." *Id.*, ECF No. 10. We will continue to act with the utmost vigilance to prevent, self-report, and ensure compliance with court orders during this unprecedented period of immigration filings in one of the hardest hit districts in the country.

      Our Office takes adherence to court orders very seriously, and we communicate this principle to our agency-clients and law enforcement partners on a regular basis, including to Respondents. Adherence to court orders is a bedrock feature of our justice system; ensuring that adherence is a core responsibility of our Office. Furthermore, time-sensitive matters implicating constitutional liberty interests are the highest priority of the Civil Division. As such, immigration habeas petitions often receive the direct and personal involvement of supervisory AUSAs to resolve complex issues or concerns as quickly as possible.

      Consistent with our Office's priorities and senior-level focus, 24 AUSAs and Civil Division support staff spent the prior week evaluating the Office's entire immigration docket during the relevant period (547 habeas matters in all) to identify any possible violations of a court order during the relevant period. Each AUSA

prepared a chart identifying every case they worked on, any possible violation, and the type and reasons for that possible violation. The Civil Division then aggregated those charts into a single chart for my personal analysis and inclusion in my declaration. I also met with the rest of our Front Office and the supervisors of the Civil Division to discuss the results of the investigation.

My declaration goes into much greater detail about our search methodology and parameters. But I want to emphasize here a few things. First, we interpreted a court order violation broadly to include circumstances such as incomplete document productions and untimely filed answers. Second, we flagged the most serious instances of noncompliance: one post-injunction removal and several post-injunction transfers by Respondents. Although Respondents resolved those issues through voluntary actions in coordination with the petitioners' counsel whenever possible, we recognize the gravity of those errors. Third, we did not include instances where our Office had no notice of a deadline because we were not added to the docket. Fourth, we regret deeply all violations for which our Office is responsible. Those violations were unintentional and immediately rectified once we learned of them. Fifth, we believe that Respondents' violations were also unintentional.

I understand Your Honor's concerns about these extremely important issues with constitutional implications. The line AUSAs and staff of the Civil Division, their supervisors, the Front Office, and I will all continue to ensure full compliance with court orders.

Please let me know if you have any further questions or concerns. Thank you very much for your consideration of this submission.

                                      Respectfully submitted,

                                      TODD BLANCHE
                                      U.S. Deputy Attorney General

By:   /s/ Jordan Fox
        JORDAN FOX
        Chief of Staff & Associate Deputy
         Attorney General
        Special Attorney

cc: Petitioner (via U.S. mail)